# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| HRB MANAGEMENT, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 06-0966-CV-W-DW |
| CXO SYSTEMS, INC., | ) |
| Defendant. | ) |

**ORDER**

The Court hereby ORDERS the above-captioned action is DISMISSED per Plaintiff's Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a) filed on January 26, 2007 (Doc. 15).

Date: January 26, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court